JENNIE YARWOOD, Respondent, *v.* THE TRUSTS AND GUARANTEE COMPANY, LIMITED, as Administrator of the Estate of GEORGE W. TODD, Deceased, Appellant.

*Yarwood* v. *Trusts & Guarantee Co.* (*Ltd.*), 94 App. Div. 47, appeal dismissed.
(Argued June 14, 1905; decided June 16, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1904, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

. *C. D. Kiehel* for appellant.

*D. F. Searle* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.